Charles Buek and Others, Respondents, v. Metropolitan Elevated Railway Company and Others, Appellants.— Judgment affirmed, with costs. No opinion.

Daniel Mooney, Appellant, v. New York Elevated Railroad Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Otto Niendorff v. Manhattan Railway Company.— Motion denied, with ten dollars costs and disbursements.

The People of the State of New York ex rel. Albert A. Jordan, Appellant, v. James J. Martin and Others, Respondents.— Proceedings affirmed, with costs. No opinion.

Joseph F. Russell and Others, Respondents, v. New York Elevated Railroad Company and Another, Appellants.— Judgment affirmed, with costs. No opinion.

Elizabeth W. Bedell v. North Side Publishing Company.— Motion denied upon payment of ten dollars costs, in order that the appellant may move before the court below to have his default opened and his case regularly signed and filed.

Elias C. Benedict v. George T. Arnoux et al.— Motion dismissed by default.

Commercial Bank of Chicago v. Elwood S. Hand.— Motion denied.

Elizabeth D. Delancey v. Mary Burns; Same v. Same.— Motion denied.